```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DECKERS OUTDOOR CORPORATION,                                :
                                                            :
                              Plaintiff,                    :
                                                            :          20-CV-10602 (VSB)
             -against-                                      :
                                                            :               ORDER
IT'S FRIDAY, INC. et al.,                                   :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on December 15, 2020, (Doc. 1), and filed an affidavit of service on Defendant It's Friday, Inc. ("Friday") on January 19, 2020, (Doc. 6). The deadline for Defendant Friday to respond to Plaintiff's complaint was February 4, 2021. (*See* Doc. 6.) To date, Defendant Friday has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 25, 2021. If Plaintiff fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   February 11, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge