USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
      :
DECKERS OUTDOOR CORPORATION,      :
      :
                Plaintiff,      :
      :      20-CV-10602 (VSB)
         -against-      :
      :      **ORDER**
IT'S FRIDAY, INC. et al.,      :
      :
                Defendants.      :
      :
--------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on December 15, 2020, (Doc. 1), and filed an affidavit of service on Defendant It's Friday, Inc. ("Friday") on January 19, 2020, (Doc. 6). The deadline for Defendant Friday to respond to Plaintiff's complaint was February 4, 2021. (*See* Doc. 6.) I directed Plaintiff to move for default by no later than February 25, 2021. (Doc. 7.) On February 25, 2021, Plaintiff filed a motion for entry of default. (Doc. 8.) This motion, however, does not comply with the Court's Emergency Individual Rule 5. If Plaintiff intends to move for default, it is directed to do so in accordance with the Court's Emergency Individual Rule 5, no later than March 15, 2021.

SO ORDERED.

Dated:    March 8, 2021
           New York, New York

                                                  _____
                                                  VERNON S. BRODERICK
                                                  United States District Judge