```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
DECKERS OUTDOOR CORPORATION,                               :
                                                           :
                              Plaintiff,                   :
                                                           :        20-CV-10602 (VSB)
              -against-                                    :
                                                           :              ORDER
IT'S FRIDAY INC. et al.,                                   :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2021

VERNON S. BRODERICK, United States District Judge:

The Clerk of the Court has entered a Certificate of Default in this matter. (Doc. 13.) Plaintiff is directed to my Individual Rule 4.H governing default judgments and ORDERED to take action in this case within thirty (30) days.

SO ORDERED.

Dated: April 1, 2021
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge