UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DECKERS OUTDOOR CORPORATION,

                Plaintiff,

    -against-

IT'S FRIDAY, INC. et al.,

                Defendants.
------------------------------------------------------------X

20-cv-10602 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

      In accordance with my comments at the Order to Show Cause hearing on May 28, 2021, it is hereby:

      ORDERED that default judgment as to liability is entered in favor of Plaintiff and against Defendant It's Friday, Inc. This case will be referred to the magistrate judge for an inquest on damages and to determine whether a permanent injunction is warranted.

SO ORDERED.

Dated: May 28, 2021
       New York, New York

_____
Vernon S. Broderick
United States District Judge