# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

DECKERS OUTDOOR CORPORATION,

               Plaintiff,                       20 **CIVIL** 10602 (VSB)

     -against-                               **JUDGMENT**

 IT'S FRIDAY, INC.,

              Defendant.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 21, 2025, the Court adopts the Report &

Recommendation in its entirety; accordingly, the case is closed.

**Dated:** New York, New York

     March 24, 2025

                                  **TAMMI M. HELLWIG**

                                  _____

                                     **Clerk of Court**

**BY:** _____

                                **Deputy Clerk**